**Donn LILES, Plaintiff–Appellant,**

v.

**STUART WEITZMAN, LLC,**
**Defendant–Appellee.**

**No. 10–13212.**

United States Court of Appeals,
Eleventh Circuit.

March 29, 2011.

William Robert Amlong, Jennifer Daley, Karen Coolman Amlong, Rani Nair Bolen, Amlong & Amlong, PA, Ft. Lauderdale, PA, for Plaintiff–Appellant.

John Shelton Penton, Jr., Jana M. Leichter, Andrew Michael Loewenstein, Barry Adam Postman, Cole Scott & Kissane, P.A., West Palm Beach, FL, for Defendant–Appellee.

Before BARKETT, HULL and KRAVITCH, Circuit Judges.

PER CURIAM:

Donn Liles appeals the grant of summary judgment in favor of his former employer, Stuart Weitzman, LLC ("Stuart Weitzman"), in his employment-discrimination action, brought under the Age Discrimination in Employment Act, 29 U.S.C. § 623(a)(1), and the Florida Civil Rights Act, Fla. Stat. § 760.10(1)(a) (2009). After careful consideration of the parties' briefs and the record in this case and having the benefit of oral argument, we find no reversible error in the district court's grant of summary judgment in favor of Stuart Weitzman.

AFFIRMED.